UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRIBE OF TWO, LLC,,

                Plaintiff/Counterclaim Defendant,

-against-

TOD'S S.p.A and DEVA, Inc.,

                Defendants/Counterclaim Plaintiffs.

23-CV-3255 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    Plaintiff Tribe of Two, LLC shall file a reply in support of its motion (ECF No. 42) no later than **March 29, 2024**. Counsel for the parties shall appear before the Court for a conference with respect to the motion on **April 2, 2024 at 3:00 p.m.** via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 962613784#.

Dated: March 26, 2024
       New York, New York

                                SO ORDERED.

                                *Jessica Clarke*

                                JESSICA G. L. CLARKE
                                United States District Judge