UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIBE OF TWO, LLC,, <br><br>                  Plaintiff/Counterclaim Defendant,<br><br>-against-<br><br>TOD'S S.p.A and DEVA, Inc.,<br><br>                  Defendants/Counterclaim Plaintiffs. | 23-CV-3255 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

For the reasons stated on the record on April 2, 2024, the parties shall each submit a letter, no longer that 3 pages, by **April 8, 2024**, setting forth their understanding of the steps and length of the process involved in obtaining the requested deposition of non-party Alessandra Facchinetti (ECF No. 42), including whether the Italian authorities would consider this request independent of or in conjunction with the similar application regarding Chiara Ferragni, for which the Court has already issued letters rogatory (ECF No. 39).

Dated: April 3, 2024
       New York, New York

                                                     SO ORDERED.

                                                     *Jessica Clarke*

                                                     JESSICA G. L. CLARKE
                                                     United States District Judge