UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x
TRIBE OF TWO, LLC,                                     :
                              Plaintiff,     :  No. 1:23-cv-03255 (JGLC)
              - against -                     :  **ORDER**
TOD'S, S.p.A. and DEVA, INC.,                  :
                              Defendant.   :
------------------------------------------------------------------------- x

JESSICA G. L. CLARKE, United States District Judge:

On February 6, 2024, Plaintiff Tribe of Two, LLC ("Plaintiff") filed a Request for International Judicial Assistance seeking the deposition of Italian citizen Chiara Ferragni. ECF No. 33. The Court, for the reasons stated on the record, issued Letters Rogatory pursuant to the Joint Request for International Judicial Assistance filed by the Parties on February 21, 2024. ECF Nos. 39; 38.

Pursuant to the joint letter submitted by the Parties on October 23, 2024 (ECF No. 94) indicating that the Parties will no longer take the deposition of Chiara Ferragni, the Letters Rogatory issued on February 23, 2024 are hereby TERMINATED.

The Clerk if Court is directed to terminate EFC No. 39.

Dated: New York, New York
         October 28, 2024

                                            SO ORDERED.

                                            *Jessica Clarke*
                                            JESSICA G. L. CLARKE
                                            United States District Judge