UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIBE OF TWO, LLC,<br><br>                              Plaintiff,<br><br>             -against-<br><br> TOD'S S.P.A. & DEVA, INC.,<br><br>                              Defendants. | 23-CV-3255 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

The Court temporarily grants the parties' motions to seal, ECF Nos. 120, 159, 190, 193,

224, 227, 231, 234, 253, 261, and 267. The Court will assess whether to keep the materials at

issue under seal or redacted when deciding the underlying motions. Access is restricted to

attorneys appearing for the parties and court personnel.

Additionally, the Court will decide the parties' *Daubert* motions, ECF Nos. 109, 113,

116, 121, 126, 131, and 136, with the parties' Motions for Summary Judgment, ECF Nos. 191,

195.

The Clerk of Court is directed to terminate ECF Nos. 109, 113, 116, 120, 121, 126, 131,

136, 159, 190, 193, 224, 227, 231, 234, 253, 261, and 267.

Dated:  March 5, 2026
        White Plains, New York

                                        SO ORDERED.

                                        _Jessica Clarke_
                                        _____

                                        JESSICA G. L. CLARKE
                                        United States District Judge